```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

RONALD FAY BROWN                                          PLAINTIFF

    V.                  Civil No. 08-2101

SHERIFF FRANK ATKINSON;
DEPUTY JEROME PIXLEY and
JAIL ADMINISTRATOR CAPTAIN
MIKE CONGER                                              DEFENDANTS

### O R D E R

On this 4th day of June 2009, there comes on for consideration the report and recommendation filed in this case on April 7, 2009, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 20). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion to Dismiss (Doc. 9) is DENIED.

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge