```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

RONALD FAY BROWN                                          PLAINTIFF

    V.                    Civil No. 08-2101

SHERIFF FRANK ATKINSON,
DEPUTY JEROME PIXLEY and
JAIL ADMINISTRATOR CAPTAIN CONGER                        DEFENDANTS

### O R D E R

On this 9th day of August 2011, there comes on for consideration the report and recommendation filed in this case on July 20, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 50). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to obey the orders of this Court.  *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge